No. 98–6929. ROSENBERG *v.* FEDERAL PROTECTION SERVICE. C. A. D. C. Cir. Certiorari denied. 

No. 98–6930. SMITH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 98–6931. REEVES *v.* FLOWERS. C. A. 11th Cir. Certiorari denied. 

No. 98–6935. BEVLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 98–6937. JARAMILLO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 98–6938. MUSTIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 98–6940. MATTINGLY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 98–6942. GONZALEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 98–6943. DENT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 98–6946. MEDLEY *v.* GRAMLEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 98–6947. MARTINEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 98–6949. LUNA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6951. BURGOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 98–6953. CLAY *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied. 

No. 98–6954. BROOMFIELD *v.* UNITED STATES; and
No. 98–6990. BROOMFIELD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 161 F. 3d 15.